Tammy B. Webb (SBN 227593)
tbwebb@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant,
DAMERON HOSPITAL ASSOCIATION d/b/a
DAMERON HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA CARMONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DAMERON HOSPITAL ASSOCIATION d/b/a DAMERON HOSPITAL,<br><br>Defendant. | Case No. 2:24-cv-00675-KJM-DB<br><br>**STIPULATION AND ORDER REGARDING SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Karima Carmona and Defendant Dameron Hospital Association d/b/a Dameron Hospital hereby agree and stipulate, through counsel, subject to Court approval, to extend Defendant's deadline to file its responsive pleading to Plaintiff's Complaint as follows:

WHEREAS, on March 1, 2024, Defendant removed the above-entitled action to this Court.

WHEREAS, on March 8, 2024, this Court granted the Parties stipulation to extend Defendant's responsive pleading deadline to March 31, 2024. (Dkts. 5, 6).

WHEREAS, since Defendant obtained the first extension of time to respond, the Parties have had a number of meetings to explore the possibility of an early, economical resolution of this matter.

WHEREAS, to help facilitate an early resolution, Defendant is actively working with technical experts to obtain the key information relevant to Plaintiff's data breach allegations. That effort is ongoing.

WHEREAS, Defendant anticipates receiving this critical information, and conferring with Plaintiff's counsel about it, within the next thirty (30) days.

WHEREAS, the Parties have also expressed interest in an early meditation of this matter. They have identified potential mediators and discussed potential timeframes for a mediation.

WHEREAS, Plaintiff is considering whether she has a basis for a motion to remand, and is developing a factual predicate which may support such a motion.

WHEREAS, counsel for the Parties have conferred and Plaintiff does not oppose Defendant's second request to extend Defendant's responsive pleading deadline to April 30, 2024.

**THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

Defendant's responsive pleading deadline shall be extended up to and including April 30, 2024.

/ /

/ /

Dated: March 29, 2024                                    Respectfully submitted,

**SHOOK, HARDY & BACON L.L.P.**

By:     */s/ Tammy B. Webb*
            Tammy B. Webb

Attorneys for Defendant,
**DAMERON HOSPITAL ASSOCIATION d/b/a DAMERON HOSPITAL**

Dated: March 29, 2024                                    **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**

By:     */s/ Kristen Lake Cardoso*
            Kristen Lake Cardoso
            Ken Grunfeld
            **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**

            John J. Nelson
            **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**

Attorneys for Plaintiff,
**KARIMA CARMONA**

**ORDER**

Pursuant to stipulation and for good cause shown, defendant's responsive pleading deadline shall be extended up to and including April 30, 2024.

IT IS SO ORDERED.

DATED: April 2, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE