Tammy B. Webb (SBN 227593)
tbwebb@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281

Attorneys for Defendant,
DAMERON HOSPITAL ASSOCATION d/b/a
DAMERON HOSPITAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA CARMONA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>DAMERON HOSPITAL ASSOCATION d/b/a DAMERON HOSPITAL,<br><br>Defendant. | Case No. 2:24-CV-00675-KJM-DB<br><br>**STIPULATION AND ORDER REMANDING ACTION TO STATE COURT** |

Plaintiff Karima Carmona and Defendant Dameron Hospital Association d/b/a Dameron Hospital hereby agree and stipulate, through counsel, subject to Court approval, as follows:

WHEREAS, on January 16, 2024, Plaintiff commenced the above-entitled action in the Superior Court for the State of California, County of San Joaquin;

WHEREAS, on January 31, 2024, Plaintiff served Defendant with Plaintiff's Complaint;

WHEREAS, on March 1, 2024, Defendant removed this action to the United States District Court for the Eastern District of California. Dkt. 1.

WHEREAS, on April 1, 2024, Plaintiff filed a Motion to Remand, arguing that this Court should decline jurisdiction under the Class Action Fairness Act's ("CAFA") "home state exception." Dkt. 11; *see also* 28 U.S.C. § 1332(d)(4)(B).

WHEREAS, although Defendant believes that grounds may exist for this Court's jurisdiction under the CAFA, after meeting and conferring, and discussing the bases for Plaintiff's Motion, and in the interest of judicial economy, the Parties have agreed to stipulate to remand this matter back to the Superior Court for the State of California, County of San Joaquin.

**THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

    The Parties hereby jointly request and stipulate, through counsel, that this matter be remanded back to the Superior Court for the State of California, County of San Joaquin

Respectfully submitted,

Dated: April 23, 2024         SHOOK, HARDY & BACON L.L.P.

By: ___/s/ Tammy B. Webb___
     TAMMY B. WEBB

Attorneys for Defendant,
DAMERON HOSPITAL
ASSOCATION d/b/a DAMERON HOSPITAL

Dated: April 23, 2024         KOPELOWITZ OSTROW P.A.

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC

By: ___/s/ Kristen Lake Cardoso*___
     KRISTEN LAKE CARDOSO
     JOHN J. NELSON

Attorneys for Plaintiff,
KARIMA CARMONA

*Per email authorization April 18, 2024*

**ORDER**

**PURSUANT TO STIPULATION, FOR GOOD CAUSE SHOWN, IT IS ORDERED**

that the above-entitled action be remanded back to the Superior Court for the State of California, County of San Joaquin.

DATED: April 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE